1  **MAURICE WUTSCHER LLP**
   Patrick J. Kane (SBN 273103)
2  440 Stevens Avenue, Suite 200
   Solana Beach, CA 92075
3  Tel. 858-381-7860
   E-mail: pkane@mauricewutscher.com
4

5
   *Attorneys for Plaintiff,*
6  *Poser Investments, Inc. assignee of*
   *Ramada Worldwide Inc.*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10               (EASTERN DIVISION – RIVERSIDE)

11

12 | RAMADA WORLDWIDE INC.              ) Case No.: 5:12-cv-00983-ABC
13 |            Plaintiff,              ) **RENEWAL OF JUDGMENT**
                                        ) **BY CLERK**
14 |              v.                    )
                                        )
15 | POSER INVESTMENTS, INC.            )
                                        )
16 |            Movant,                 )
                                        )
17 |              v.                    )
                                        )
18 | MJS PROPERTIES, INC. and JAWON     )
   | SUH                                )
19 |                                    )
   |            Defendant(s).           )
20 |_____)

21

22

23

24

25

26

27

28

Based upon the instant Application for Renewal of judgment and supporting declaration, and pursuant to Federal Rule of Civil Procedure 69(a) and California Rules of *Code of Civil Procedure* §§ 683.110 to 683.220, and good cause appearing therefor, the judgment of this Court entered in favor of Plaintiff and Judgment Creditor, Poser Investments, Inc., as assignee of Ramada Worldwide, Inc., on March 13, 2012 ("Judgment") against Defendants and Judgment Debtors MJS Properties, Inc. and Jawon Suh ("Judgment Debtors") is hereby renewed in the amounts set forth below:

| | | | |
|---|---|---|---|
| a. | Amount of Original Judgment (including pre-judgment interest) | $411,094.67 |
| b. | Amount of Attorney's Fees and Costs | $0.00 |
| c. | Subtotal of Original Judgment & Fees | $411,094.67 |
| d. | Interest on Subtotal of Original Judgment and Fees at 0.018% per annum from 03/13/2012 to 02/21/22 (Daily interest $2.03) | $7,377.40 |
| e. | Total amount of renewed judgment in this District (c. + d.) | $418,472.07 |

DATED: March 3, 2022

By: *Sharon Hall Brown*

Clerk of the Court

KIRY K. GRAY
Clerk, of Court,
U.S. District Court